**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-6305**

───────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

CLIFTON DWIGHT LEE, a/k/a Lite,

                    Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, Chief
District Judge.  (7:08-cr-00041-GEC-1; 7:10-cv-80270-GEC)

───────────

Submitted:  June 27, 2013          Decided:  July 5, 2013

───────────

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Clifton Dwight Lee, Appellant Pro Se.  Donald Ray Wolthuis,
Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Dwight Lee seeks to appeal the district court's orders adopting the recommendations of the magistrate judge in part and denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2013) motion. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Lee has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED